IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CURTISS AND FARRAH BOYD, | ) | BK. NO. 13-40492 |
| | ) | |
| Debtors. | ) | |
| | ) | |

## REPORT OF NO SALE

NOW COMES Cynthia A. Hagan, Chapter 7 Trustee of the above-referenced estate, and reports to the Court that Capital One has provided the Trustee a copy of the vehicle title bearing its lien for the 2006 Polaris Ranger VIN: 4XARD50A26D74228 which was to be sold at auction on September 28, 2013 pursuant to the Notice of Sale filed August 26, 2013. Therefore, the Trustee will no longer proceed with a sale of the vehicle and the Trustee will abandon the estate's interest in the vehicle as no equity exists for the benefit of unsecured creditors.

DATED: September 5, 2013.

_____
CYNTHIA A. HAGAN, TRUSTEE